# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Berner, | COURT MINUTES – CIVIL |
| Plaintiff, | BEFORE: TONY N. LEUNG |
| | U.S. MAGISTRATE JUDGE |

| | |
|---|---|
| Case No: | 21-cv-1639 (JWB/TNL) |
| Date: | July 25, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:00 AM |
| Time Concluded: | 6:00 PM |
| Time in Court: | 8 Hours |

v.

Metropolitan Council, Metro Transit Division, a Minnesota public corporation and political subdivision,

Defendant.

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:   Nicholas Kaylor, Timothy Louris, Jason Berner, Tracey Berner

Defendant:   Susan Ellingstad, Margaret Jacot, Brian Funk, Laura Matson, Kristen Martilla, Ann Bloodhart, Phil Walljasper

## PROCEEDINGS:

☒   Settlement reached. Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

*s/Holly*
Courtroom Deputy