# UNITED STATES DISTRICT COURT

## District of Minnesota

Jason Berner,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 21-cv-1639 JWB/TNL

Metropolitan Council,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

Date: 8/9/2023

KATE M. FOGARTY, CLERK